**FILED**
April 1, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,   )<br>v.   )<br>  )<br>KHANAJEE LEE,   )<br>  )<br>             Defendant.   ) | Case No. 2:15-mj-00062-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, KHANAJEE LEE, Case No. 2:15-mj-00062-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $100,000.00.

         _X_   Co-Signed Unsecured Appearance Bond

         ___   Secured Appearance Bond

         _X_   (Other) Conditions as stated on the record.

         _X_   (Other) The bond paperwork is to be filed by 4/3/2015.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   4/1/2015   at  2:28 p.m.

By   _____
      Edmund F. Brennan
      United States Magistrate Judge