```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-0062-KJN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING PRELIMINARY HEARING |
| KHANAJEE LEE, | ) DATE |
| | ) |
| Defendant. | ) Judge: Hon. Kendall J. Newman |
| | ) |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on April 27, 2015.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until June 12, 2015, at 2:00 p.m.
3. The defendant made her initial appearance on March 26, 2015, and preliminary hearing was scheduled for April 9, 2015. On April 1, 2015, the parties appeared for a Bail Review Hearing. At the

    hearing, the defendant was released under the supervision of pretrial services and the preliminary hearing was continued to April 27, 2015.

4. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

5. The United States has provided limited discovery to defense counsel.  The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

    a. Specifically, the parties are requesting a further delay in the preliminary hearing in an attempt to negotiate a pre-indictment resolution of the matter.  Given the nature of the allegations in the complaint, the severity of the applicable statutory penalties, and the nature and circumstances of the defendant, the research and investigation related to this case requires more time.

6. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from April 24, 2015, through and including June 12, 2015,

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: April 24, 2015        /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: April 24, 2015        /s/ Jeffrey C. Fletcher
                             JEFFREY C. FLETCHER
                             Attorney for Khanajee Lee
                             (as authorized on April 24, 2015)

**ORDER**

IT IS SO FOUND AND ORDERED, this 24th day of April, 2015.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE