```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-0062-KJN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| KHANAJEE LEE, | ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on June 12, 2015.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until August 7, 2015, at 2:00 p.m.
3. The defendant made her initial appearance on March 26, 2015, and preliminary hearing was scheduled for April 9, 2015. On April 1, 2015, the parties appeared for a Bail Review Hearing. At the

Stipulation to Continue            1            United States v. Khanajee Lee

hearing, the defendant was released under the supervision of pretrial services and the preliminary hearing was continued to April 27, 2015.  The preliminary hearing was subsequently continued to June 12, 2015, by stipulation and order.

4. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

5. The United States has provided limited discovery to defense counsel.  The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

    a. Specifically, the parties are requesting a further delay in the preliminary hearing in an attempt to negotiate a pre-indictment resolution of the matter.  Given the nature of the allegations in the complaint, the severity of the applicable statutory penalties, and the nature and circumstances of the defendant, the research and investigation related to this case requires more time.

6. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be

filed from June 12, 2015, through and including August 7, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: June 10, 2015        /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: June 10, 2015        /s/ Jeffrey C. Fletcher
                            JEFFREY C. FLETCHER
                            Attorney for Khanajee Lee
                            (as authorized on June 8, 2015)

## ORDER

IT IS SO FOUND AND ORDERED, this 10th day of June, 2015.

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge