```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-0062-KJN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER <br> ) CONTINUING PRELIMINARY HEARING <br> ) DATE |
| KHANAJEE LEE, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on December 10, 2015.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 14, 2016, at 2:00 p.m.
3. The defendant made her initial appearance on March 26, 2015, and preliminary hearing was scheduled for April 9, 2015. On April 1, 2015, the parties appeared for a Bail Review Hearing. At the

hearing, the defendant was released under the supervision of pretrial services and the preliminary hearing was continued to April 27, 2015. The preliminary hearing was subsequently continued to June 12, 2015, August 7, 2015, October 16, 205, and finally to December 10, 2015, by stipulation and order.

4. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

5. On October 9, 2015, the Honorable Allison Claire signed an order appointing Candace A. Fry as counsel for the defendant. The defendant had previously been represented by Jeffrey Fletcher.
    a. On October 9, 2015, the United States mailed discovery to Ms. Fry.
    b. The United States had previously provided discovery to Mr. Fletcher.

6. The United States has had discussions with both Mr. Fletcher and Ms. Fry regarding potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation. Specifically, Ms. Fry needs time to review the discovery in this matter.
    a. On December 8, 2015, Ms. Fry requested additional discovery from the United States. The United States is currently in the process of providing the requested discovery.

7. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be

excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from December 10, 2015, through and including January 14, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

8. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: December 9, 2015      /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: December 9, 2015      /s/ Candace A. Fry
                             CANDACE A. FRY
                             Attorney for Khanajee Lee

**ORDER**

IT IS SO FOUND AND ORDERED, this 9th day of December, 2015.

*[signature]*

Hon. CAROLYN K. DELANEY
United States Magistrate Judge